267 So.2d 209

Thelma Elizabeth **BILLIOT**

v.

Joel Henry **ROUSSELLE, Jr.**

No. 52845.

Oct. 19, 1972.

Writ denied. The judgment is not final.

267 So.2d 208

**STATE of Louisiana ex rel.
Jesse HARVEY**

v.

C. Murray **HENDERSON**, Warden, Louisiana State Penitentiary.

No. 52856.

Oct. 17, 1972.

Writ denied. The assignment of error raied in this Court is without merit as a matter of law.

267 So.2d 209

**STATE of Louisiana ex rel. Lee LANE**

v.

C. Murray **HENDERSON**, Warden, Louisiana State Penitentiary.

No. 52859.

Oct. 17, 1972.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.